**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-7695**

───────────────

JOHN GRAY,

　　　　　　Petitioner - Appellant,

　　　v.

WARDEN OF JESSUP CORRECTIONAL INSTITUTION; MARYLAND ATTORNEY GENERAL,

　　　　　　Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge. (1:20-cv-01976-ELH)

───────────────

Submitted: November 30, 2022　　　　　　　　　　Decided: June 23, 2023

───────────────

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and KEENAN, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

John Gray, Appellant Pro Se.　Andrew John DiMiceli, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Gray seeks to appeal the district court's orders denying his motions for a certificate of appealability and for reconsideration relating to his petition construed under 28 U.S.C. § 2254.   The orders are not appealable unless a circuit justice or judge issues a certificate of appealability.   *See* 28 U.S.C. § 2253(c)(1)(A).   A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."   28 U.S.C. § 2253(c)(2).   When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong.   *See Buck v. Davis*, 580, U.S. 100, 115-17 (2017).   When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right.   *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Gray has not made the requisite showing.   Gray's appeal is essentially duplicative of his appeal in *Gray v. Warden of Jessup Corr. Inst.*, No. 21-4279, 2021 WL 4902350 (4th Cir. Oct. 21, 2021), in which we denied a certificate of appealability and dismissed the appeal of the district court's order denying relief on Gray's § 2254 petition.   Accordingly, while we grant Gray's pending motion to supplement his informal brief, we deny a certificate of appealability and dismiss his appeal as moot.   We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would

not aid the decisional process.

*DISMISSED*